IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RAIDONYA SCROGGINS                                                                                    PLAINTIFF

v.                                          Case No. 4:22-cv-4066

PILGRIM'S PRIDE CORPORATION                                                              DEFENDANT

## ORDER

Before the Court is Plaintiff's Motion to Moot Motion to Compel.  ECF No. 17.  Plaintiff initially filed a Motion to Compel pursuant to Federal Rule of Civil Procedure 37(a) seeking to have the Court compel Defendant to provide certain responses to interrogatories and requests for production.  ECF No. 16.  In the instant motion, Plaintiff states that Defendant has provided the material subject to the prior motion to compel.  Plaintiff now requests that the Court render the prior motion to compel moot.

Upon review, the Court finds that good cause for the instant motion has been shown.  Accordingly, Plaintiff's Motion to Moot Motion to Compel (ECF No. 17) is hereby **GRANTED**.  Plaintiff's Motion to Compel (ECF No. 16) is hereby **MOOT**.

**IT IS SO ORDERED**, this 28th day of July, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge