IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RAIDONYA SCROGGINS                                                                                    PLAINTIFF

v.                                          Case No. 4:22-cv-4066

PILGRIM'S PRIDE CORPORATION                                                           DEFENDANT

**ORDER**

    Before the Court is Defendant Pilgrim Pride Corporation's Motion to Enforce Oral Settlement Agreement. ECF No. 21. Plaintiff Raidonya Scroggins has responded. ECF No. 26. Defendant has replied. ECF No. 33. The Court conducted a hearing on the instant motion on October 18, 2023.

    Upon consideration of the parties' briefing and the hearing held regarding this matter, the Court finds that Defendant's Motion to Enforce Oral Settlement Agreement (ECF No. 21) should be and hereby is **GRANTED**. Pursuant to the oral settlement agreement, Defendant Pilgrim's Pride Corporation is hereby **ORDERED** to pay Plaintiff Raidonya Scroggins $6,000 within thirty (30) days of the date of this Order. Upon notice to the Court that such payment to Plaintiff has been made, the Court will dismiss Plaintiff's claims against Defendant in this case with prejudice. The trial in this matter currently set to commence on November 13, 2023 is hereby **continued**, and will now commence on December 18, 2023. All deadlines that have not yet elapsed shall be adjusted accordingly.

    **IT IS SO ORDERED**, this 18th day of October, 2023.

                                                                                              /s/ Susan O. Hickey
                                                                              Susan O. Hickey
                                                                              Chief United States District Judge