IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**RAIDONYA SCROGGINS**                                                                          **PLAINTIFF**

**v.**                                    **Case No. 4:22-CV-04066-SOH**

**PILGRIM'S PRIDE CORPORATION**                                                      **DEFENDANT**

**JOINT NOTICE AND STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Raidonya Scroggins ("Plaintiff") and Defendant Pilgrim's Pride Corporation ("Defendant" or "Pilgrim's Pride"), by and through their undersigned counsel, submit the following Joint Notice and Stipulation for Dismissal with Prejudice, and state as follows:

1. The Court issued an Order [Dkt. No. 41] on October 18, 2023 granting Defendant's Motion to Enforce Oral Settlement Agreement. The Court ordered Defendant to pay Plaintiff $6,000 in settlement of her claims, and "[u]pon notice to the Court that such payment to Plaintiff has been made, the Court will dismiss Plaintiff's claims against Defendant in this case with prejudice." *Id*.

2. Defendant has submitted to Plaintiff's counsel the $6,000 settlement payment, which was received by Plaintiff's counsel on or about November 1, 2023.

3. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant stipulate to dismissal of all claims asserted by Plaintiff against Defendant in this case, with prejudice.

1

DATED: November 21, 2023.

                                **SPENCER FANE, LLP**

                                *By:   /s/ Matthew Morrison*
Spencer Fane, LLP
1700 Lincoln Street, Suite 2000
Denver, CO 80203
(303) 839-3788
mmorrison@spencerfane.com
*Attorney for Defendant Pilgrim's Pride Corporation*

wh Law | We Help
1 Riverfront Pl. – Suite 745
North Little Rock, AR 72114
(501) 891-6000

By:  /s/ Chris Burks
Chris Burks
chris@wh.law
*Attorney for Plaintiff Raidonya Scroggins*

## CERTIFICATE OF SERVICE

     I hereby certify that on November 21, 2023, a true and correct copy of the foregoing **JOINT NOTICE AND STIPULATION FOR DISMISSAL WITH PREJUDICE** was electronically filed with the Court, and that the following counsel of record will be electronically served through the Court's CM/ECF filing system via email:

    Chris Burks, Esq.
    WH Law
    1 Riverfront Pl., Suite 745
    North Little Rock, AR 72114
    (501) 891-6000
    chris@wh.law

                                       /s/ *Matthew M. Morrison*