IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RAIDONYA SCROGGINS                                                                                    PLAINTIFF

v.                                            Case No. 4:22-cv-4066

PILGRIM'S PRIDE CORPORATION                                                              DEFENDANT

**ORDER**

Before the Court is the parties' Joint Stipulation of Dismissal. ECF No. 42. The parties state that they have complied with the Court's prior Order (ECF No. 41) enforcing the oral settlement agreement between the parties and that Defendant has submitted the agreed settlement payment to Plaintiff. The parties now request that this matter be dismissed with prejudice.

An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). Thus, all claims were effectively dismissed when the parties filed the instant stipulation. However, this order issues for the purpose of maintaining the Court's docket.

This case is hereby **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction to vacate this order upon cause shown that any such settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 22nd day of November, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge